CERTIFICATE OF SERVICE

      I hereby certify that on this 16th day of November, 2007, I caused a copy of the foregoing ANSWER AND AFFIRMATIVE DEFENSES OF MERCK & CO., INC. to be served via first-class mail, postage prepaid, on the following:

BEATIE AND OSBORN LLP
Daniel A. Osborn
521 Fifth Avenue, 34th Floor
New York, New York 10175

THE POWELL LAW FIRM, L.C.
269 South Beverly Drive
Suite 1156
Beverly Hills, California 90212

LAW OFFICES OF JEFFREY C. BOGERT
501 Colorado Boulevard
Suite 208
Santa Monica, California 90401

PROCTER & GAMBLE PHARMECEUTICALS, INC.
One Procter & Gamble Plaza
Cincinnati, OH 45202

AVENTIS PHARMACEUTICALS, INC.
300 Somerset Corporate Boulevard
Bridgewater  New Jersey  08807

      The above addresses have appeared on the prior papers in this action as the office address of the attorneys for Plaintiff.

      Deponent is over the age of 18 years and not a party to this action.

      I further certify under penalty of perjury that under the laws of the United States of America the foregoing is true and correct.

Executed on November 16, 2007

                                                                               /s/
                                                          Sarah A. Binder